1          nikkiIN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4  JEROME L. GRIMES,                          No. C 11-1815 CW

5          Plaintiff,                         ORDER DISMISSING
                                              CASE WITHOUT
6      v.                                     PREJUDICE

7  SAN FRANCISCO CHIEF OF POLICE;
   SAN FRANCISCO POLICE DEPARTMENT;
8  and ATTORNEY GENERAL OF THE STATE
   OF CALIFORNIA,
9
          Defendants.
10
   _____/
11
        On February 25, 2013, the Court denied without prejudice an

12  application filed by Plaintiff Jerome L. Grimes to proceed in

13  forma pauperis in this action.  The Court ordered that, if

14  Plaintiff did not pay the regular filing fee for a civil case

15  within thirty days thereafter, the action would be dismissed

16  without prejudice.

17      As of the date of this Order, Plaintiff has not paid the

18  filing fee.  Accordingly, the Court DISMISSES this case without

19  prejudice.

20      IT IS SO ORDERED.

21

22
   Dated:  4/1/2013
23                                  CLAUDIA WILKEN
                                    United States District Judge
24

25

26

27

28

United States District Court
For the Northern District of California