United States District Court
For the Northern District of California

nikkiIN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,

Plaintiff,

v.

SAN FRANCISCO CHIEF OF POLICE; SAN FRANCISCO POLICE DEPARTMENT; and ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,

Defendants.

________________________________/

No. C 11-1815 CW

ORDER DISMISSING CASE WITHOUT PREJUDICE

On February 25, 2013, the Court denied without prejudice an application filed by Plaintiff Jerome L. Grimes to proceed in forma pauperis in this action. The Court ordered that, if Plaintiff did not pay the regular filing fee for a civil case within thirty days thereafter, the action would be dismissed without prejudice.

As of the date of this Order, Plaintiff has not paid the filing fee. Accordingly, the Court DISMISSES this case without prejudice.

IT IS SO ORDERED.

Dated: 4/1/2013

CLAUDIA WILKEN
United States District Judge